UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DON M. ANDREW JR. | CIVIL ACTION |
| VERSUS | NO. 15-2103 |
| ST. TAMMANY PARISH PRISON, ET AL | SECTION "G"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Don M. Andrew Jr.'s Title 42 U.S.C. § 1983 claims against St. Tammany Parish Prison, Officer Ty Poynter, and Sergeant Cassidy are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

**NEW ORLEANS, LOUISIANA,** this ___18th___ day of July, 2016.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE